**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ATLANTIC SPECIALITY INSURANCE COMPANY A/S/O PILLAR TRANS CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>TOP SEALAND INTERNATIONAL CO., LIMITED,<br><br>Defendant. | Case No. 2:22-cv-04468-MCS-GJS<br><br>**JUDGMENT** |
|---|---|

1

1   Pursuant to the Court's Bench Verdict, it is ordered, adjudged, and decreed that
2   judgment is entered in favor of Plaintiff Atlantic Specialty Insurance Company and
3   against Defendant Top Sealand International Co., Ltd., on its claim for breach of
4   contract in violation of the Carriage of Goods by Sea Act. Defendant Top Sealand
5   International Co., Ltd., is liable to Plaintiff Atlantic Specialty Insurance Co. in the
6   amount of $84,866.34, plus prejudgment interest at a rate of the fifty-two week U.S.
7   Treasury bill rate on August 17, 2021, from that date to the date of this Judgment, and
8   postjudgment interest at the rate prescribed by 28 U.S.C. § 1961 accruing from the date
9   of this Judgment. Plaintiff abandoned all other claims, and no party shall take anything
10  further from this action.

**IT IS SO ORDERED.**

Dated: January 23, 2025

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE